## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD McDANIEL and REBECCA McDANIEL, Individually and on behalf of W.B., a minor child<br><br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION, MONTGOMERY COUNTY PUBLIC SCHOOLS, DARRYL V. JOHNSON, Principal,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case 8:26-cv-01253-DLB<br>)<br>)<br>)<br>) |

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Plaintiffs' undersigned counsel, Lawrence A. Katz, pursuant to Local Rule 101 and requests leave of Court to withdraw as counsel for Plaintiff and substitute Lynda Sangmor as counsel for Plaintiffs.

Although Mr. Katz was originally assigned this file as an attorney with LLG National, because of his caseload, LLG has reassigned the file to Ms. Sangmor. This will permit Plaintiffs to have an attorney who has the ability to devote the time to the case it deserves, and to better respond to this Honorable Court and opposing counsel. Thus, good cause exists for the substitution of counsel in that the substitution will not prejudice any party.

This substitution is not sought for delay but is made in the interest of justice.

WHEREFORE PREMISES CONSIDERED, Plaintiffs' counsel prays that the Court enter an Order granting withdrawal and substituting counsel for Plaintiff as requested above and for such other and further relief to which he is entitled.

Respectfully Submitted,

BY:   /s/  Lawrence A. Katz

LAWRENCE A. KATZ, ESQ.
DMD Bar # 26686
LLG NATIONAL LAW GROUP P.C.
525 Route 73 North
Suite 104
Marlton, NJ 08052
Phone: 856.652.2000 Ext. 497
Fax: 856.375.1010

   /s/ Lynda Sangmor

LYNDA SANGMOR, ESQ.
DMD Bar # 32171
LLG NATIONAL LAW GROUP, P.C.
3003 N Central Ave, Suite 685
Phoenix, AZ 85012
Telephone: 480-745-5863
Email: Lynda.sangmor@llgnational.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD McDANIEL and REBECCA McDANIEL, Individually and on behalf of W.B., a minor child <br><br> Plaintiffs, <br><br> v. <br><br> MONTGOMERY COUNTY BOARD OF EDUCATION, MONTGOMERY COUNTY PUBLIC SCHOOLS, DARRYL V. JOHNSON, Principal, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case 8:26-cv-01253-DLB |

## PROPOSED ORDER GRANTING
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

FOR GOOD CAUSE SHOWN, Plaintiffs' counsel, Lawrence A. Katz's motion to withdraw as counsel is hereby approved and so ORDERED.

The substitution of attorney, Lynda Sangmor, is further hereby approved and so ORDERED.

This _____ day of _____, 2026.

_____
USDJ/USMJ