# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD McDANIEL and REBECCA McDANIEL, Individually and on behalf of W.B., a minor child<br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY COUNTY BOARD OF EDUCATION, MONTGOMERY COUNTY PUBLIC SCHOOLS, DARRYL V. JOHNSON, Principal,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case 8:26-cv-01253-DLB<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER GRANTING
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

FOR GOOD CAUSE SHOWN, Plaintiffs' counsel, Lawrence A. Katz's motion to withdraw as counsel is hereby approved and so ORDERED.

The substitution of attorney, Lynda Sangmor, is further hereby approved and so ORDERED.

This _____ day of _____, 2026.

_____
USDJ/USMJ