VERIFICATION

Lawrence A. Katz, Esquire, counsel for Plaintiff(s), does hereby verify that the facts set forth in the foregoing pleading are true and correct to the best of his knowledge, information and belief.

           ___s/ Lawrence A. Katz_____
                 LAWRENCE A. KATZ

CERTIFICATE OF SERVICE

The foregoing document, that was electronically filed, was electronically served **on the Court's e-file distribution list**.

           ___s/ Lawrence A. Katz_____
                 LAWRENCE A. KATZ