# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

EDWARD McDANIEL and REBECCA McDANIEL,　　)
Individually and on behalf of W.B., a minor child　　)
　　　　　　)
　　　　　　)
Plaintiffs,　　)
　　　　　　)
v.　　)
　　　　　　)
MONTGOMERY COUNTY BOARD OF　　)
EDUCATION, MONTGOMERY COUNTY　　)　Case 8:26-cv-01253-DLB
PUBLIC SCHOOLS,　　)
DARRYL V. JOHNSON, Principal,　　)
　　　　　　)
Defendants　　)

---

## ORDER GRANTING
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

FOR GOOD CAUSE SHOWN, Plaintiffs' counsel, Lawrence A. Katz's motion to withdraw as counsel is hereby approved and so ORDERED.

The substitution of attorney, Lynda Sangmor, is further hereby approved and so ORDERED.

This 8th day of June, 2026.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Deborah L. Boardman
　　　　　　　　　　　　　　　United States District Judge